UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADRIEN JOSEPH,

        Plaintiff,

    - against -

EMIGRANT FUNDING CORP.;
EMIGRANT MORTGAGE CO., INC.;
RETAINED REALTY, INC.; SOL NEEDLE, ESQ.;
JACQUELINE M. DELLA CHIESA, ESQ.; and
STAGG, TERENZI, CONFUSIONE &
WABINK, LLP,

        Defendants.
------------------------------------------------------------------X

**JUDGMENT**
17-CV-595 (RRM) (RML)

    A Memorandum and Order having been issued this date granting defendants' motion to dismiss, it is hereby

    ORDERED, ADJUDGED and DECREED that plaintiff taken nothing from defendants, and this action is hereby dismissed with prejudice.

Dated: Brooklyn, New York
       March 16, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge